# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL MARTIN MIRANDA-ARAUZ,<br><br>Defendant. | Case No. 18MJ20675-LAB<br><br>ORDER TO DISMISS THE COMPLAINT WITHOUT PREJUDICE |

For good cause appearing, the Court grants the Government's motion to dismiss, without prejudice, the complaint filed against Rafael Martin Miranda-Arauz.

DATED: August 14, 2018

HON. LARRY ALAN BURNS
United States District Judge